## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| JOHN E. ALLEN, ET AL. ) | Ch. 11 No. 11-31287-HJB |
|     Debtors ) | |
| ------------------------------------------------- ) | |
| JOHN E. ALLEN, ET AL., ) | |
|     Appellants ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:12-30012 -MAP |
| ) | |
| RICHARD KING, ET AL., ) | |
|     Appellees ) | |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered pursuant to this court's memorandum and order entered this date, affirming the decision of the bankruptcy court.

                                      **SARAH A. THORNTON**,
                                      CLERK OF COURT

Dated: March 22, 2012            By /s/ *Maurice G. Lindsay*
                                        Maurice G. Lindsay
                                        Deputy Clerk